# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIKO EPSON CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CREEK MANUFACTURING LLC, et al.,<br><br>Defendants. | Case No. 1:23-cv-00570-SAB<br><br>ORDER RE: STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 20) |

Plaintiff initiated this action on April 11, 2023. (ECF No. 1.) By stipulated extension, Defendants Creek Manufacturing LLC and Anthony J. Creek are to file a responsive pleading on or before June 2, 2023. (ECF No. 19.) On June 2, 2023, the parties filed a stipulation agreeing to further extend the time for these Defendants to file a responsive pleading until July 3, 2023. (ECF No. 20.)

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS
2  HEREBY ORDERED that the deadline for Defendants Creek Manufacturing LLC and Anthony
3  J. Creek to respond to the complaint is extended to **July 3, 2023.**

4
5  IT IS SO ORDERED.

6  Dated:   **June 5, 2023**

                                    UNITED STATES MAGISTRATE JUDGE