# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIKO EPSON CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CREEK MANUFACTURING LLC, et al.,<br><br>Defendants. | Case No. 1:23-cv-00570-SAB<br><br>ORDER RE: STIPULATION TO EXTEND TIME FOR DEFENDANTS IMAGE ARMOR, LLC, I-GROUP TECHNOLOGIES, LLC, AND BRIAN A. WALKER TO RESPOND TO COMPLAINT<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 12, 22) |

Plaintiffs initiated this action on April 11, 2023. (ECF No. 1.) An initial scheduling conference is currently set for July 25, 2023. (ECF No. 12.)

On June 7, 2023, the parties filed a stipulated request to extend the deadline for Defendants Image Armor, LLC, I-Group Technologies, LLC, and Brian A. Walker (collectively, "Defendants") to respond to complaint. (ECF No. 22.) The parties proffer they continue to work to evaluate the asserted patents and causes of action alleged in the complaint and continue to pursue good faith resolution of their dispute; those discussions are ongoing. The Court finds good cause to grant the stipulated requested relief and shall continue the scheduling conference.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' response to the complaint shall be filed no later than **July 10, 2023**;
2. The Scheduling Conference set for July 25, 2023, is continued to **August 15, 2023,**

1

1  **at 1:30 p.m.**; and

2  3. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: __**June 8, 2023**__

UNITED STATES MAGISTRATE JUDGE