# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIKO EPSON CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CREEK MANUFACTURING LLC, et al.,<br><br>Defendants. | Case No. 1:23-cv-00570-SAB<br><br>ORDER RE: STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 23, 26) |

Plaintiffs initiated this action on April 11, 2023. (ECF No. 1.) The initial scheduling conference is currently set for August 15, 2023. (ECF No. 23.)

On June 30, 2023, the parties filed a stipulated request to extend the deadline for Defendants to respond to the complaint, up to and including August 2, 2023. (ECF No. 23.) This is the parties' third request to extend the responsive pleading deadline. The parties proffer they have exchanged drafts of a proposed settlement agreement and request a further continuance to continue their good faith settlement discussions. The Court finds good cause exists to grant the extension. The Court shall also continue the scheduling conference set for August 15, 2023, to October 3, 2023.

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. The deadline for Defendants to file a response to the complaint is extended to **August 2, 2023;**

2. The scheduling conference set for August 15, 2023, is CONTINUED to **October 3, 2023, at 2:30 p.m.** in Courtroom 9; and

///

3. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **July 5, 2023**

UNITED STATES MAGISTRATE JUDGE