# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIKO EPSON CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CREEK MANUFACTURING LLC, et al.,<br><br>Defendants. | Case No. 1:23-cv-00570-SAB<br><br>ORDER RE: STIPULATION TO EXTEND TIME FOR DEFENDANTS IMAGE ARMOR, LLC, I-GROUP TECHNOLOGIES LLC, AND BRIAN A. WALKER TO RESPOND TO INITIAL COMPLAINT<br><br>(ECF No. 28) |

Plaintiffs initiated this action on April 11, 2023. (ECF No. 1.) The initial scheduling conference is currently set for October 3, 2023. (ECF No. 27.)

On July 7, 2023, the parties filed a stipulated request to extend the deadline for Defendants Image Armor, LLC, I-Group Technologies LLC, and Brian A. Walker to respond to the complaint, up to and including August 9, 2023. (ECF No. 28.) This is the parties' third request to extend the responsive pleading deadline for these defendants. The parties proffer they have exchanged drafts of a proposed settlement agreement and request a further continuance to continue their good faith settlement discussions. The Court finds good cause exists to grant the extension.

///

///

1

1   Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS
2 HEREBY ORDERED that the deadline for Defendants Image Armor, LLC, I-Group
3 Technologies LLC, and Brian A. Walker to file a response to the complaint is extended to
4 **August 9, 2023.**

IT IS SO ORDERED.

Dated:   **July 10, 2023**

_____
UNITED STATES MAGISTRATE JUDGE