# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIKO EPSON CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CREEK MANUFACTURING LLC, et al.,<br><br>Defendants. | Case No. 1:23-cv-00570-SAB<br><br>ORDER RE: STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE<br><br>(ECF No. 28) |

Plaintiffs initiated this action on April 11, 2023. (ECF No. 1.) On July 7, 2023, the parties filed a stipulated request to extend the responsive pleading deadline for Defendants Image Armor, LLC, I-Group Technologies LLC and Brian A. Walker, until August 9, 2023. (ECF No. 28.)

On June 30, 2023, the parties filed a stipulated request to extend the deadline for Defendants to respond to the complaint, up to and including August 2, 2023. (ECF No. 23.) This is the parties' third request to extend the responsive pleading deadline. The parties proffer they have exchanged drafts of a proposed settlement agreement and request a further continuance to continue their good faith settlement discussions. The Court finds good cause exists to grant the extension.

///

///

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the deadline for Defendants Image Armor, LLC, I-Group Technologies LLC and Brian A. Walker, to file a response to the complaint is extended to **August 9, 2023**.

IT IS SO ORDERED.

Dated:   **July 10, 2023**

UNITED STATES MAGISTRATE JUDGE