# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIKO EPSON CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CREEK MANUFACTURING LLC, et al.,<br><br>Defendants. | Case No. 1:23-cv-00570-SAB<br><br>ORDER RE: STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE<br><br>(ECF No. 31) |

Plaintiffs initiated this action on April 11, 2023. (ECF No. 1.) On August 2, 2023, the parties filed a stipulation agreeing to extend the deadline for Defendants Creek Manufacturing LLC and Anthony J. Creek, to file an answer by thirty (30) days. (ECF No. 31.) The parties proffer they are close to finalizing a settlement agreement in this matter. The Court finds good cause exists to grant the extension.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the deadline for Defendants Creek Manufacturing LLC and Anthony J. Creek, to file a response to the complaint is extended to **September 1, 2023**.

IT IS SO ORDERED.

Dated: __**August 3, 2023**__

UNITED STATES MAGISTRATE JUDGE