# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIKO EPSON CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CREEK MANUFACTURING LLC, et al.,<br><br>Defendants. | Case No. 1:23-cv-00570-SAB<br><br>ORDER RE: STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE<br><br>(ECF No. 33) |

Plaintiffs initiated this action on April 11, 2023. (ECF No. 1.) On August 8, 2023, the parties filed a stipulation agreeing to extend the deadline for Defendants Image Armor, LLC, I-Group Technologies LLC and Brian A. Walker to answer the complaint. (ECF No. 31.) The parties proffer they are close to finalizing a settlement agreement in this matter. The Court finds good cause exists to grant the extension.

///
///
///
///
///
///
///

1

1    Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the deadline for Defendants Image Armor, LLC, I-Group Technologies LLC and Brian A. Walker, to file a response to the complaint is extended to **September 8, 2023**.

IT IS SO ORDERED.

Dated: **August 9, 2023**

UNITED STATES MAGISTRATE JUDGE