# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIKO EPSON CORPORATION, et al., | Case No. 1:23-cv-00570-SAB |
| Plaintiffs, | ORDER RE: STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE |
| v. | (ECF No. 39) |
| CREEK MANUFACTURING LLC, et al., | |
| Defendants. | |

Plaintiffs initiated this action on April 11, 2023. (ECF No. 1.) On September 7, 2023, the parties filed a stipulation agreeing to extend the deadline for Defendants Image Armor, LLC, I-Group Technologies LLC, and Brian A. Walker to answer the complaint. (ECF No. 39.) The parties proffer they are close to finalizing a settlement agreement in this matter. While this is the fifth stipulation to extend the time for these Defendants, the Court finds good cause exists to grant the extension given the continued efforts toward settlement.

///
///
///
///
///
///

1   Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS
2   HEREBY ORDERED that the deadline for Defendants Image Armor, LLC, I-Group
3   Technologies LLC and Brian A. Walker, to file a response to the complaint is extended to
4   **October 1, 2023**.

IT IS SO ORDERED.

Dated:   **September 8, 2023**

UNITED STATES MAGISTRATE JUDGE