# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIKO EPSON CORPORATION, et al., | Case No. 1:23-cv-00570-SAB |
| Plaintiffs, | ORDER RE: STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE |
| v. | (ECF No. 42) |
| CREEK MANUFACTURING LLC, et al., | |
| Defendants. | |

Plaintiffs initiated this action on April 11, 2023. (ECF No. 1.) On September 29, 2023, the parties filed a stipulation agreeing to extend the deadline for Defendants Service Watch Systems, LLC and Dean Armando, to file an answer. (ECF No. 42.) The parties proffer they are continuing in settlement negotiations. The parties previously stipulated to one extension of time to answer of not more than 28 days, as to these Defendants. The Court finds good cause exists to grant the second extension of the time to file an answer.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the deadline for Defendants Service Watch Systems, LLC and Dean Armando, to file a response to the complaint is extended to **October 25, 2023**.

IT IS SO ORDERED.

Dated:   **September 29, 2023**

UNITED STATES MAGISTRATE JUDGE

2