# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIKO EPSON CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CREEK MANUFACTURING LLC, et al., <br><br> Defendants. | Case No. 1:23-cv-00570-SAB <br><br> ORDER RE: STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE <br><br> (ECF No. 44) |

Plaintiffs initiated this action on April 11, 2023.  (ECF No. 1.)  On October 2, 2023, the parties filed a stipulation agreeing to extend the deadline for Defendants Image Armor, LLC, I-Group Technologies LLC, and Brian A. Walker to answer the complaint.  (ECF No. 44.)  The parties proffer they have reached a settlement agreement and need additional time to finalize a formal written settlement agreement and obtain signatures of the parties.  While this is the sixth stipulation to extend the time for these Defendants, the Court finds good cause exists to grant the extension given the parties have reached a settlement agreement.

///

///

///

///

///

1

1     Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the deadline for Defendants Image Armor, LLC, I-Group Technologies LLC and Brian A. Walker, to file a response to the complaint is extended to **October 23, 2023**.

IT IS SO ORDERED.

Dated:   **October 2, 2023**

UNITED STATES MAGISTRATE JUDGE