UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIKO EPSON CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CREEK MANUFACTURING LLC, et al.,<br><br>Defendants. | No. 1:23-cv-00570-ADA-SAB<br><br>ORDER GRANTING THE PARTIES' STIPULATION<br><br>(ECF No. 52) |

Before this Court is the Stipulated Final Consent Judgment as to Defendants Image Armor, LLC and I-Group Technologies LLC, submitted by Plaintiffs Seiko Epson Corporation, Epson America, Inc., and Epson Portland Inc., and Defendants Image Armor, LLC, I-Group Technologies LLC, and Brian A. Walker. (ECF No. 52.) After review of the stipulation and good cause appearing, the Court grants the Parties' stipulation.

Accordingly,

1. The Parties' Stipulated Final Consent Judgment as to Defendants Image Armor, LLC and I-Group Technologies LLC, (ECF No. 52), is GRANTED;
2. This Court retains exclusive jurisdiction of this action for the purpose of insuring compliance with this Consent Judgment and enforcement of the Confidential Settlement Agreement; and

///

3. The Clerk of Court is directed to enter this Final Consent Judgment as to Defendants Image Armor LLC and I-Group Technologies LLC.

IT IS SO ORDERED.

Dated:   November 2, 2023

_____
UNITED STATES DISTRICT JUDGE

2