# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIKO EPSON CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CREEK MANUFACTURING LLC, et al.,<br><br>Defendants. | Case No. 1:23-cv-00570-ADA-SAB<br><br>ORDER REQUIRING PLAINTIFFS TO FILE STATUS REPORT REGARDING STATUS OF ACTION AND READINESS FOR SCHEDULING CONFERENCE<br><br>**DEADLINE: NOVEMBER 22, 2023** |

Plaintiffs initiated this action on April 11, 2023.  (ECF No. 1.)  A scheduling conference is currently set for December 5, 2023.  (ECF No. 41.)

On October 24, 2023, the Court terminated Defendant Anthony J. Creek as a party.  (ECF No. 49.)  On October 25, 2023, the Court entered a stipulated final consent judgment as to Defendant Creek Manufacturing, LLC, retaining jurisdiction for the purpose of insuring compliance.  (ECF No. 50.)  On October 31, 2023, the Court terminated Defendant Brian A. Walker as a party.  (ECF No. 53.)  On November 2, 2023, the Court entered a stipulated final consent judgment as to Defendants Image Armor, LLC, I-Group Technologies LLC, retaining jurisdiction for the purpose of insuring compliance.  (ECF No. 54.)

As to the only remaining parties not dismissed or subject to a final consent judgment, on October 2, 2023, the Court extended the deadline for Defendants Service Watch Systems, LLC and Dean Armando, to file an answer, until October 25, 2023.  (ECF No. 43.)  That deadline has

now passed, and these Defendants have not filed a responsive pleading, nor has another extension been requested or an entry of default sought. The Court shall order Plaintiffs to file a status report as to these Defendants.

Accordingly, **on or before November 22, 2023**, IT IS HEREBY ORDERED that Plaintiffs shall file a status report pertaining to Defendants Service Watch Systems, LLC, and Dean Armando, indicating whether Plaintiffs will be seeking default, dismissing the remainder of this action, or will be prepared to move into the scheduling conference set for December 5, 2023.

IT IS SO ORDERED.

Dated: **November 16, 2023**

UNITED STATES MAGISTRATE JUDGE

2