# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIKO EPSON CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CREEK MANUFACTURING LLC, et al.,<br><br>Defendants. | Case No.  1:23-cv-00570-ADA-SAB<br><br>ORDER VACATING ALL DATES AND DEADLINES INCLUDING DECEMBER 5 SCHEDULING CONFERENCE AND ORDERING DISPOSITIONAL DOCUMENTS<br><br>**DEADLINE: DECEMBER 8, 2023** |

Plaintiffs initiated this action on April 11, 2023.  (ECF No. 1.)  A scheduling conference is currently set for December 5, 2023.  (ECF No. 41.)

On October 24, 2023, the Court terminated Defendant Anthony J. Creek as a party.  (ECF No. 49.)  On October 25, 2023, the Court entered a stipulated final consent judgment as to Defendant Creek Manufacturing, LLC, retaining jurisdiction for the purpose of insuring compliance.  (ECF No. 50.)  On October 31, 2023, the Court terminated Defendant Brian A. Walker as a party.  (ECF No. 53.)  On November 2, 2023, the Court entered a stipulated final consent judgment as to Defendants Image Armor, LLC, I-Group Technologies LLC, retaining jurisdiction for the purpose of insuring compliance.  (ECF No. 54.)

As to the only remaining parties not dismissed or subject to a final consent judgment, on October 2, 2023, the Court extended the deadline for Defendants Service Watch Systems, LLC and Dean Armando, to file an answer, until October 25, 2023.  (ECF No. 43.)  That deadline has

now passed, and these Defendants have not filed a responsive pleading, nor has another extension been requested or an entry of default sought.  Therefore, on November 16, 2023, the Court ordered Plaintiffs to file a status report concerning the scheduling conference.  (ECF No. 55.)

On November 20, 2023, Plaintiffs filed a status report that proffers: on October 30, 2023, Plaintiffs and Service Watch System, LLC ("SWS") and Dean Armando (collectively "the SWS Defendants") entered into a Confidential Settlement Agreement, which contains a condition precedent (payment of settlement funds, due on December 3, 2023) to the filing of a final consent judgment as to defendant SWS and filing of a notice of voluntary dismissal as to defendant Dean Armando; once the condition precedent is fulfilled by the SWS Defendants, Plaintiffs will file the final consent judgment and notice of voluntary dismissal within five (5) calendar days of December 3, 2023, *i.e.*, on or before December 8, 2023; the SWS Defendants are the only remaining defendants in this action, and once the final consent judgment is entered by the Court, this case may be closed; and accordingly, Plaintiffs respectfully request that the scheduling conference be extended by 14 days from December 5, 2023, to December 19, 2023, to allow sufficient time for the foregoing described events to transpire.  (ECF No. 56.)

Plaintiffs failed to comply with the Local Rules.  "When an action has been settled or otherwise resolved by agreement of the parties . . . it is the duty of counsel to immediately file a notice of settlement or resolution." L.R. 160(a).  Plaintiffs should have notified the Court of the settlement agreement, setting the deadline for the filing of dispositional documents. L.R. 160(b) ("[T]he Court shall fix a date upon which the documents disposing of the action or motion must be filed, which date shall not be more than twenty-one (21) days from the date of said notification, absent good cause.").

While Plaintiffs request the scheduling conference be continued, the Court shall vacate the scheduling conference and all dates and deadlines in this matter, and order Plaintiffs to file dispositional documents on or before December 8, 2023.  Although the Court does not typically keep a case open when the parties have settled and are waiting for the payment of settlement funds, given the proffered deadline of compliance is less than twenty-one (21) days from the date

was notified (although the notice was late), and the fact the parties have been diligent in settling this matter amongst the various parties, the Court shall set such deadline for December 8, 2023.

Accordingly, IT IS HEREBY ORDERED that:

1. All pending dates and matters before the Court are VACATED, including the scheduling conference currently set for December 5, 2023; and
2. The parties shall file the final consent judgment and dispositional documents **on or before December 8, 2023**.

IT IS SO ORDERED.

Dated:   **November 21, 2023**

UNITED STATES MAGISTRATE JUDGE