1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIKO EPSON CORPORATION, et al., | No. 1:23-cv-00570-NODJ-SAB |
| Plaintiffs, | ORDER GRANTING THE PARTIES' STIPULATION |
| v. | (ECF No. 60) |
| CREEK MANUFACTURING LLC, et al., | |
| Defendants. | |

Before this Court is the Stipulated Final Consent Judgment as to Defendant Service Watch Systems, LLC, submitted by Plaintiffs Seiko Epson Corporation, Epson America, Inc., and Epson Portland Inc., and Defendants Service Watch Systems, LLC and Dean Armando. (ECF No. 60.)  After review of the stipulation and good cause appearing, the Court grants the Parties' stipulation.

Accordingly,

1. The Parties' Stipulated Final Consent Judgment as to Defendant Service Watch Systems, LLC, (ECF No. 60), is GRANTED;

2. This Court retains exclusive jurisdiction of this action for the purpose of insuring compliance with this Consent Judgment and enforcement of the Confidential Settlement Agreement; and

///

3. The Clerk of Court is directed to enter this Final Consent Judgment as to Defendant Service Watch Systems, LLC.

IT IS SO ORDERED.

Dated:  January 3, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE