# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIKO EPSON CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CREEK MANUFACTURING, LLC, et al., <br><br> Defendants. | Case No. 1:23-cv-00570-KES-SAB <br><br> ORDER DIRECTING PLAINTIFF TO FILE STATUS REPORT ON STATUS OF CASE <br><br> **THIRTY-DAY DEADLINE** |

Through multiple voluntary dismissals and consent judgments, it appears that this matter has been fully disposed as of January 4, 2024. (See ECF Nos. 57, 59, 62.) However, this matter remains open. Accordingly, the Court DIRECTS Plaintiff to file a status report within 30 days of the entry of this order addressing the status of this case, including whether there is a justified reason to keep this matter open, whether additional dispositional documents are required, and/or whether the Court may close the matter. Based on the status report, the Court will consider imposing a recurring status report schedule.

IT IS SO ORDERED.

Dated:  **August 1, 2025**

STANLEY A. BOONE
United States Magistrate Judge