1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIKO EPSON CORPORATION, et al., | No.  1:23-cv-00570-KES-SAB |
| Plaintiffs, | |
| v. | ORDER CLOSING THIS CASE |
| CREEK MANUFACTURING LLC, et al., | |
| Defendants. | |

Through multiple voluntary dismissals and consent judgments, it appears that this matter was fully disposed as of January 4, 2024.  *See* Docs. 49, 50, 53, 54, 61, 62.  However, the matter remains open.  Therefore, on August 1, 2025, plaintiffs were directed to file a status report addressing, among other things, whether this case may be closed.  Doc. 64.  In their status report filed on August 8, 2025, plaintiffs confirm that this case may be closed as all parties in this matter have settled and either been dismissed or have entered into final consent judgments.  Doc. 65 at 2.  Accordingly:

      1.     The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

    Dated:   August 11, 2025

                                      UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28